UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALTRUIS GROUP, LLC,<br><br>　　　　　Plaintiff,<br><br>-vs-<br><br>PROSIGHT SPECIALTY MANAGEMENT COMPANY, INC., NEW YORK MARINE AND GENERAL INSURANCE COMPANY and GOTHAM INSURANCE COMPANY,<br><br>　　　　　Defendants. | Civil Action No.: 1:21-cv-10757-MKV<br><br>Hon. Mary Kay Vyskocil<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, defendants ProSight Specialty Management Company, Inc. dba Coaction Specialty Management Company, Inc., New York Marine and General Insurance Company, and Gotham Insurance Company will move this Court before the Hon. Mary Kay Vyskocil, United States District Court Judge, in Courtroom 18C located at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, at a date and time to be set by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing Counts II, III, and IV of plaintiff Altruis Group, LLC's Second Amended Complaint (ECF No. 28), and for such other and further relief as the Court deems just and proper.

Dated:  March 15, 2022

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ S. Aaron Loterstein*
　　　　　　　　　　　　　　　　　　　Steven M. Lucks
　　　　　　　　　　　　　　　　　　　S. Aaron Loterstein
　　　　　　　　　　　　　　　　　　　FISHKIN LUCKS LLP
　　　　　　　　　　　　　　　　　　　500 7th Ave, 8th Floor
　　　　　　　　　　　　　　　　　　　New York, New York 10018

(646) 755-9200
slucks@fishkinlucks.com
aloterstein@fishkinlucks.com

*Attorneys for Defendants*

2