UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALTRUIS GROUP, LLC,

                Plaintiff,

-vs-

PROSIGHT SPECIALTY MANAGEMENT COMPANY, INC., NEW YORK MARINE AND GENERAL INSURANCE COMPANY and GOTHAM INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------x

CIVIL ACTION NO.:

1:21-cv-10757

      Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Timothy M. Jabbour hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Altruis Group, LLC, in the above-captioned action.

      I am in good standing with the bar of the State of New Jersey and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

      I have attached the affidavit pursuant to Local Rule 1.3.

                Respectfully submitted,

                TRESSLER LLP

      By:    s/Timothy M. Jabbour
                Timothy M. Jabbour, Esq.
                163 Madison Avenue, Suite 404
                Morristown, New Jersey 07960
                Tel: (973) 848-2901
                tjabbour@tresslerllp.com
                *Attorneys for Plaintiff, Altruis Group, LLC*

Dated:  December 21, 2022