UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ALTRUIS GROUP, LLC,

                Plaintiff,

-vs-

PROSIGHT SPECIALTY MANAGEMENT
COMPANY, INC., NEW YORK MARINE AND
GENERAL INSURANCE COMPANY and
GOTHAM INSURANCE COMPANY,

                Defendants.
------------------------------------------------------------x

CIVIL ACTION NO.:

1:21-cv-10757

AFFIDAVIT IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE*

Timothy M. Jabbour, Esq. being duly sworn, deposes and says:

1. I am a member in good standing of all New Jersey courts and of the United States District Court for the District of New Jersey;

2. I have never been convicted of a felony;

3. I have never been censured, suspended, disbarred or denied admission or readmission by any court; and,

4. There are no disciplinary proceedings presently pending against me.

**WHEREFORE**, I seek admission pro hac vice in the within action to act as counsel on behalf of Plaintiff, Altruis Group, LLC.

Dated: December 21, 2022
Morristown, New Jersey

*[signature]*
Timothy M. Jabbour, Esq.

Sworn to before this 21st
Day of December, 2022.

*[signature]* Maureen S. DiSano
Attorney-At-Law
State of New Jersey