UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ALTRUIS GROUP, LLC,

                Plaintiff,

-vs-

PROSIGHT SPECIALTY MANAGEMENT
COMPANY, INC., NEW YORK MARINE AND
GENERAL INSURANCE COMPANY and
GOTHAM INSURANCE COMPANY,

                Defendants.
-----------------------------------------------------------x

**CIVIL ACTION NO.:**

**1:21-cv-10757**

      The motion of Timothy M. Jabbour for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the State of New Jersey; and that his contact information is as follows:

> Applicant's Name: Timothy M. Jabbour (NJ Bar No. 034622002)
> Firm Name: TRESSLER LLP
> Address: 163 Madison Avenue, Suite 404
> City/State/Zip: Morristown, NJ 07960
> Telephone: (973) 848-2901
> Email: tjabbour@tresslerllp.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff Altruis Group, LLC, in the above-entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: December ___, 2022

                                                        _____
                                                         United States District / Magistrate Judge