UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
ALTRUIS GROUP, LLC,

                        Plaintiff,

        -against-

PROSIGHT SPECIALTY MANAGEMENT
COMPANY, INC., NEW YORK MARINE AND
GENERAL INSURANCE COMPANY, and
GOTHAM INSURANCE COMPANY,

                        Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2023

1:21-cv-10757 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court held a status conference with the parties on May 9, 2023. As discussed at that status conference, a bench trial in this matter is scheduled for August 15–17, 2023. As further discussed, party witness will provide direct examination testimony via affidavit and live cross examination testimony at trial. Any non-party witnesses will testify live.

The parties are FURTHER ORDERED to file any motions *in limine* on the following briefing schedule:

- Motions *in limine* on or before June 16, 2023;
- Opposition briefs on or before June 23, 2023; and
- Reply briefs (*if* any are needed) on or before June 28, 2023.

The Court will schedule dates for submission of all other pre-trial materials once briefing on the motions *in limine* has concluded.

**SO ORDERED.**

Date: May 9, 2023
New York, NY

_____
MARY KAY VYSKOCIL
United States District Judge

1