**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ALTRUIS GROUP, LLC,

                              Plaintiff,                     **ORDER**

                  -against-                          **21-CV-10757(MKV) (JW)**

PROSIGHT SPECIALTY MANAGEMENT
COMPANY, INC., *et al.*,

                              Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred for settlement. Dkt. No. 75. Should the Parties wish to schedule a settlement conference, the Parties are directed to jointly contact Courtroom Deputy Christopher Davis via telephone at +1 (212) 805-0244 by **July 5, 2023**, to schedule a mutually agreeable date. Any conference will be held in-person at Courtroom 228, 40 Foley Square, New York, New York. Should the Parties not wish to schedule a settlement conference at this time, they should inform the Court via email by the same deadline.

      Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Willis's Standing Order for all Cases Referred for Settlement.

SO ORDERED.

DATED:   New York, New York
           June 27, 2023

                                                   _____
                                                   JENNIFER E. WILLIS
                                                   United States Magistrate Judge