# Fishkin Lucks

500 7th Avenue, 8th Floor
New York, NY 10018
(646) 755-9200
www.fishkinlucks.com

Aaron Loterstein
aloterstein@fishkinlucks.com

July 27, 2023

**Via ECF**
Honorable Mary Kay Vyskocil, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2023
```

Re: <u>Altruis Group, LLC v. ProSight Specialty Management Co., Inc. et al.,</u>
 1:21-cv-10757

Dear Judge Vyskocil:

We represent defendants ProSight Specialty Management Company, Inc. n/k/a Coaction Specialty Management Company, Inc., New York Marine and General Insurance Company, and Gotham Insurance Company (collectively, "Defendants"). We write jointly with counsel for plaintiff Altruis Group, LLC to respectfully request an extension until August 2, 2023, for the parties to submit the pretrial submissions referenced in the Court's Trial Scheduling and Logistics Order (ECF No. 80), which currently must be submitted by tomorrow, July 28.

The parties have been working diligently to prepare their submissions. Earlier today, the Court issued an Opinion and Order denying all motions *in limine* (ECF No. 82). The Court's decision, and the rationale underlying it, necessarily impacts the content of the parties' submissions. The requested extension will enable the parties to refine their submissions to properly account for the Court's decision.

We thank the Court for its consideration.

Respectfully,

*/s/ Aaron Loterstein*

Aaron Loterstein

cc: All Counsel (via ECF)

**Granted. SO ORDERED.**

Date: 7/27/2023
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge