```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTRUIS GROUP, LLC,

               Plaintiff,

-against-

PROSIGHT SPECIALTY MANAGEMENT
COMPANY, INC., NEW YORK MARINE
AND GENERAL INSURANCE COMPANY
and GOTHAM INSURANCE COMPANY,

               Defendants.

1:21-cv-10757 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    In light of Plaintiff's response to this Court's Order to Show Cause [*see* ECF Nos. 93–96], Defendants are directed to file a response, addressing whether diversity jurisdiction exists in this case, on or before August 9, 2023 at noon.

**SO ORDERED.**

Date: August 7, 2023
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**