```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALTRUIS GROUP, LLC,

                Plaintiff,

-against-

PROSIGHT SPECIALTY MANAGEMENT
COMPANY, INC., NEW YORK MARINE
AND GENERAL INSURANCE COMPANY
and GOTHAM INSURANCE COMPANY,

                Defendants.

1:21-cv-10757 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The Court is in receipt of Plaintiff's response to this Court's Order to Show Cause. [*See* ECF No. 103.] Defendants may file a response of no more than 2 pages on or before August 10, 2023 at 9:30 AM.

**SO ORDERED.**

Date: August 9, 2023
      New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**